■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAHEEM ALLAH, Appellant. [715 NYS2d 835] —Judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered June 16, 1997, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the third degree, and sentencing him, as a persistent violent felony offender, to a term of 12 years to life, unanimously affirmed.

Defendant's plea was knowingly, intelligently, and voluntarily entered, and nothing in his plea allocution casts doubt thereon, or on his guilt (*see, People v Toxey*, 86 NY2d 725; *People v Lopez*, 71 NY2d 662, 665-666). Concur—Tom, J. P., Mazzarelli, Ellerin, Lerner and Andrias, JJ.